**FILED**

OCT -3 2016

Clerk, U.S. District and
Bankruptcy Courts

TRACY HUA, *Consumer*
CHI HUNG MU, *Consumer*
6 Jewel Road
West Windsor, New Jersey 08850
609-721-1608

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, *a limited liability corporation, debt collector;*<br><br>*Plaintiff*<br><br>vs.<br><br>TRACY HUA, *a natural Woman, Consumer*<br>CHI HUNG MU, *a natural Man, Consumer*<br>JP MORGAN CHASE BANK;<br><br>*Defendant(s)* | CASE NO: F-0163 42 -/3<br><br>**NOTICE TO REMOVAL<br>MOTION TO TRANSFER TO<br>MISCELLANEOUS CASE**<br><br>Case: 1:16-cv-01839<br>Assigned To : Cooper, Christopher R.<br>Assign. Date : 10/3/2016<br>Description: Pro Se Gen. Civil (F Deck) |

The Consumer, erroneously referred to as [Defendant], hereby files this Notice of Removal pursuant to 28 USC§1331, 15 USC§1692i, and 28 USC§1391, respectively. The alleged Plaintiff Nationstar Mortgage LLC, is a debt collector defined in federal statute, 15 USC§1692a(6), attempting to collect an alleged debt defined in §1692a(5) and alleges an interest in "real property" of the consumer. This court has exclusive jurisdiction over federal debt collection actions. This court also has jurisdiction over complaints regarding matters where a debt collector such as Nationstar Mortgage LLC, alleges an interest in "real "property, pursuant to 15 USC §1692i. This removal is timely, as the statute allows up to one year to prosecute this action.

Debt Collector Nationstar filed this action illegal in non-competent judicial, foreign state tribunal defined in 28 USC§1603(a)(b), which is outside a judicial district of the United States. Nationstar is fully aware that such attempts to avoid federal laws of the United States regarding interstate, obligations of the United

States, is illegal. The consumer, removing party may be referred to as a citizen of the District of Columbia which is in this district.

Thus the consumer will request the Court to transfer this action to a Miscellaneous Case so that the Consumer can exercise its Administrative Enforcement Action against Nationstar and other defendants, as Nationstar is in contempt of a Consent Order by the United States of America, Consumer Financial Protection Bureau ("CFPB") and the consumers demands. A copy of the Debt Collection Complaint is attached hereto as "**Exhibit A**")

A copy of this Removal is being served upon all parties, including the foreign state where the action initiated.

Dated: September 21, 2016

By: _____
Tracy Hua, *Consumer*

6 Jewel Rd
West Windsor, NJ 08570

## "EXHIBIT A"
## STATE DOCUMENTS

See attached CD



OCT - 3 2016

## **CERTIFICATE OF SERVICE**

I certify a copy of the above document was served by US First Class Mail to the following parties;

KLM LAW GROUP LP
216 HADDEN AVENUE SUITE 406
WESTMONT NEW JERSEY 08108

*[signature]*

10/2/16